IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01626-PAB-NRN

**MCKINZIE REES**

    Plaintiff,

v.

**CITY OF EDGEWATER, CHIEF JOHN MACKEY, in his individual capacity, COMMANDER MARK HAMILTON, in his individual capacity, SERGEANT JASON FORSYTHE, in his individual capacity, SERGEANT BRANDON CHALLIS, in his individual capacity, and CITY MANAGER DAN MAPLES, in his individual capacity.**

    Defendants.

---

**UNOPPOSED MOTION FOR LEVEL 1 RESTRICTION OF ACCESS TO CERTAIN EXHIBITS IN PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FILE SECOND AMENDED COMPLAINT [ECF 33]**

---

Plaintiff McKinzie Rees ("Plaintiff" or "Ms. Rees"), by and through her undersigned counsel, Arckey & Associates, LLC, hereby submits this Motion for Level 1 Restriction of Access to Exhibits attached to her Motion for Leave to Amend and File Second Amended Complaint.

<u>Certificate Pursuant to D.C.COLO.L.Civ.R. 7.1(A)</u>

Plaintiff's counsel conferred with Defense counsel by email on November 17, 2023, and there were no objections to this motion.

1. Plaintiff has filed her Motion for Leave to Amend and File Second Amended Complaint. [ECF 33].

2. Plaintiff seeks to restrict access to Exhibits 2 and 3.

3. Exhibits 2 and 3 are both reports issued by third-party investigatory agencies regarding

1

Plaintiff and other employees of the Edgewater Police Department and are subject to a Protective Order entered in this case. [ECF 22, ¶¶ 2, 7].

4. The parties stipulated that access to documents containing investigative information should be restricted to the parties of the case, their attorneys, the Court, and other persons involved in the case such as experts, reporters, and deponents in order to protect the privacy of the parties. [ECF 22, ¶¶ 2, 6(b)]. Additionally, it was agreed by the parties that access be restricted to any documents identified by any party "CONFIDENTIAL" or "SUBJECT TO PROTECTIVE ORDER." [ECF 22, ¶ 3]. This outweighs the public's need for this information.

5. Access to investigative reports should not be provided to the public in order to prevent injury to the careers of the individuals involved. Additionally, the work of the Edgewater Police Department is confidential, such that disclosure of its officers' actions may cause injury.

6. It is not possible to redact these Exhibits, as the entirety of the exhibit is covered by the protective order and contains sensitive information, and summarization is not practical because these Exhibits in their entirety are relevant to arguments in Plaintiff's Motion for Leave to Amend and File Second Amended Complaint.

7. Plaintiff seeks Level 1 restriction of these documents as defined in D.C.COLO.L.Civ.R. 7.2(B)(5) to the parties and the Court only.

*s/ Thomas J. Arckey*
Thomas J. Arckey
Eric S. Steele
ARCKEY AND ASSOCIATES, LLC
7887 East Belleview Avenue, Suite 1100
Denver, CO 80111
(303)798-8546
tja@arlaw.us
eric@arlaw.us
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2023 I electronically sent the foregoing **MOTION FOR LEVEL 1 RESTRICTION OF ACCESS TO CERTAIN EXHIBITS IN PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FILE SECOND AMENDED COMPLAINT [ECF 33]** via email to the following:

Marni Nathan Kloster
Emily Miller
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
(303) 691-3737
(303) 757-5106
MNathan@ndm-law.com
EMiller@ndm-law.com
*Attorneys for Defendants*

*s/ Thomas J. Arckey*
Thomas J. Arckey

3