IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01626-PAB-NRN

**MCKINZIE REES**

      Plaintiff,

v.

**CITY OF EDGEWATER, CHIEF JOHN MACKEY, in his individual capacity, COMMANDER MARK HAMILTON, in his individual capacity, SERGEANT JASON FORSYTHE, in his individual capacity, SERGEANT BRANDON CHALLIS, in his individual capacity, and CITY MANAGER DAN MAPLES, in his individual capacity.**

      Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION TO MODIFY AND AMEND THE SCHEDULING ORDER [CM-ECF 25]

---

Plaintiff, McKinzie Rees ("Plaintiff" or "Ms. Rees"), by and through her undersigned counsel, hereby files this Unopposed Motion to Modify and Amend the Scheduling Order extending the deadline to designate Rebuttal Expert Witnesses.

In support of this motion, Plaintiff states:

1. Pursuant to D.C.COLO.LCiv.R 7.1(a), Counsel for Plaintiff and Defendant conferred on April 19, 24 and 30, 2024. Defendants do not oppose this motion.

2. A trial has not been scheduled at this time. The telephonic Final Pretrial Conference is presently scheduled for October 10, 2024. The parties are not at this time requesting any modification of this date or other deadlines. Discovery cut-off is currently June 28, 2024.

3. Pursuant to the Scheduling Order [CM-ECF 25] the parties made their respective

Expert Witness Disclosures on April 10, 2024, pursuant to Rule 26(a)(2). Plaintiff designated one retained expert witness and three non-retained expert witnesses. Defendant designated two retained expert witnesses and two non-retained expert witnesses.

4.  The parties agreed to a mediation that occurred on April 30, 2024 before the Magistrate Judge Mix (ret.).  The parties continue their discussions.

5.  Plaintiff's counsel retained one rebuttal expert witness on April 11, 2024. This rebuttal expert will require more time to review the relevant documents and information.

6.  As a result of the foregoing circumstances, the parties agree that it is not possible to designate Rebuttal Expert Witnesses by the current deadline of May 10, 2024. Thus, the parties respectfully request that the deadline to designate Rebuttal Expert Witnesses be moved for all parties from May 10, 2024, to May 28, 2024.

7.  This is the second request to amend the Scheduling Order, but the first request to amend the deadline to designate Rebuttal Expert Witnesses, in this matter. The parties believe the requested extension will not prejudice the other or the Court as trial of this case has not yet been scheduled.

8.  Plaintiff respectfully request an extension of the Scheduling Order deadlines as follows:

|  | Deadline | Proposed Extended Deadline |
|---|---|---|
| Rebuttal Expert Deadline | May 10, 2024 | May 28, 2024 |

9.  Pursuant to D.C.COLO.LCiv.R 6.1(c), the undersigned certify that this motion is being served contemporaneously on their respective clients.

WHEREFORE, the Parties respectfully request the above deadline be amended.

Respectfully submitted this 3rd day of May 2024.

2

| | |
|---|---|
| */s/ Thomas J. Arckey* | */s/ Marni Nathan Kloster* |
| Thomas J. Arckey | Marni Nathan Kloster |
| Eric S. Steele | Emily M. Miller |
| ARCKEY & ASSOCIATES, LLC | Nathan Dumm & Mayer P.C. |
| 7887 E. Belleview Ave., Suite 1100 | 7900 E. Union Ave., Suite 600 |
| Denver, CO 80111 | Denver, CO 80237 |
| (303) 798-8546 | (303) 691-3737 |
| tja@arlaw.us | mkloster@ndm-law.com |
| eric@arlaw.us | emiller@ndm-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2024 a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO MODIFY AND AMEND THE SCHEDULING ORDER [CM-ECF 25]** was served via email as follows:

Marni Nathan Kloster
Emily Miller
Nathan Dumm & Mayer P.C.
7900 E. Union Ave., Suite 600
Denver, CO 80237
Telephone: (303) 691-3737
mkloster@ndm-law.com
emiller@ndm-law.com
*Attorneys for Defendants*

*s/ Emily Sahli*
Emily Sahli

3