IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01626-PAB-NRN

MCKINZIE L. REES,

Plaintiff,

v.

CITY OF EDGEWATER,
CHIEF JOHN MACKEY, in his individual capacity,
COMMANDER MARK HAMILTON, in his individual capacity,
SERGEANT JASON FORSYTHE, in his individual capacity,
SERGEANT BRANDON CHALLIS, in his individual capacity, and
CITY MANAGER DAN MAPLES, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Unopposed Motion to Modify and Amend the Scheduling Order (Dkt. #55) is GRANTED. The Scheduling Order (Dkt. #25) is further AMENDED to extend the rebuttal expert deadline up to and including May 28, 2024.

Date: May 3, 2024