**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:23-CV-01626-PAB-NRN

McKinzie Rees

    Plaintiff,

v.

City of Edgewater, Chief John Mackey, in his individual capacity, Commander Mark Hamilton, in his individual capacity, Sergeant Jason Forsythe, in his individual capacity, Sergeant Brandon Challis, and City Manager Dan Maples, in his individual capacity.

    Defendants.

## UNOPPOSED MOTION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS MACKEY, HAMILTON, FORSYTHE, CHALLIS, AND MAPLES

Plaintiff, McKinzie Rees, by and through her attorney, Thomas J. Arckey, hereby moves for an order of Dismissal of all claims against the Individual Defendants, which includes Defendants Mackey, Hamilton, Forsythe, Challis, and Maples, pursuant to Fed. R. Civ. P. 41, and in support states and alleges as follows:

1. Plaintiff has conferred with counsel for the individual Defendants who have no opposition to this Motion.

2. Plaintiff hereby voluntarily seeks dismissal, with prejudice, each party to pay his or her own costs and attorneys' fees, of all claims which were pled or could have been pled by her against the Individual Defendants, Messrs. Mackey, Hamilton, Forsythe, Challis, and Maples.

DATED this 29th of day of May, 2024.

1

*/s/ Thomas J. Arckey*
Thomas J. Arckey
Eric S. Steele
ARCKEY AND ASSOCIATES, LLC
7887 East Belleview Avenue
Suite 1100
Denver, CO 80111
(303)798-8546
Email: tja@arlaw.us; eric@arlaw.us
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2024, I electronically filed the foregoing **UNOPPOSED MOTION TO DISMISS INDIVIDUAL DEFENDANTS** using the CM/ECF system which will send notification of such filing to the following:

Marni Nathan Kloster
Emily Miller
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
MNathan@ndm-law.com
EMiller@ndm-law.com
Attorneys for Defendants

*/s/ Emily Sahli*
Emily Sahli, Paralegal