IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     1:23-CV-01626-PAB-NRN

McKinzie Rees

    Plaintiff,

v.

City of Edgewater, Chief John Mackey, in his individual capacity, Commander Mark Hamilton, in his individual capacity, Sergeant Jason Forsythe, in his individual capacity, Sergeant Brandon Challis, and City Manager Dan Maples, in his individual capacity.

    Defendants.

## STIPULATION FOR VOLUNTARY DISMISSAL OF THE CITY OF EDGEWATER

Plaintiff, by and through her counsel, and the City of Edgewater, by and through its counsel, hereby submit a Stipulation for Voluntary Dismissal of the City of Edgewater under Fed.R.Civ.P. 41(a)(1)(A)(ii), and in support, states as follows:

1. The Plaintiff and City jointly Stipulate.

2. Plaintiff hereby agrees to dismiss the City of Edgewater, and all claims pled or which could have been pled against the City, with prejudice, each party to bear her or its own attorney's fees and costs.

3. The parties request a confirming order be issued showing the closure of this case[1].

4. Counsel for Plaintiff and the City have provided copies of this Stipulation to their respective clients.

---

[1] Pursuant to a separate Motion filed seeking dismissal of all claims against all of the Individual Defendants, once that prior Motion for Dismissal and this Stipulation are granted/approved, the case will be fully resolved and thus warrants the vacating of all deadlines and appearances and closure of the case.

DATED this 31st day of May, 2024.

        *s/Thomas Arckey*
Thomas J. Arckey
ARCKEY AND ASSOCIATES, LLC
7887 East Belleview Avenue, Suite 1100
Denver, CO 80111
(303)798-8546
Email: tja@arlaw.us
Attorney for Plaintiff

-AND-

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Emily Miller
Attorneys for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
MNathan@ndm-law.com
EMiller@ndm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2024 I electronically filed the foregoing **STIPULATION TO DISMISS CITY** using the CM/ECF system which will send notification of such filing to the following:

Thomas J. Arckey
ARCKEY AND ASSOCIATES, LLC
7887 East Belleview Avenue, Suite 1100
Denver, CO 80111
(303)798-8546
Email: tja@arlaw.us
Attorney for Plaintiff

 

*s/Marni Nathan Kloster*_____
 Marni Nathan Kloster
Emily Miller
Attorneys for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
MNathan@ndm-law.com
EMiller@ndm-law.com